**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1502**

JAMES ALBERT DELOACH,

        Plaintiff - Appellant,

    v.

ANTONY J. BLINKEN, Secretary, U.S. Department of State,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:21-cv-01121-LMB-TCB)

Submitted:  May 30, 2023                                        Decided:  August 16, 2023

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Albert Deloach, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Albert Deloach appeals the district court's orders granting summary judgment to Antony Blinken on Deloach's claims of employment discrimination on the basis of his race, color, and gender, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, and denying Deloach's motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).  We have reviewed the record and discern no reversible error.  Accordingly, we affirm.  *Deloach v. Blinken*, No. 1:21-cv-01121-LMB-TCB (E.D. Va. Mar. 4, 2022; Apr. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*